IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-12-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| THOMAS GRANDVILLE ALSTON | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Thomas Grandville Alston, on April 11, 2011, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982, to wit, (1) a 2006 Mercedes Benz, VIN WDDDJ75XX6A061054, (2) a 2008 Mercedes Benz VIN: WDDDNG71X08A212673, (3) a 2000 Mercedes S500, VIN: WDBNG75J7YA061961, (4) a 2003 BMW 745LI, VIN: WBAGN63423DR10969, (5) a 2006 Dodge Magnum, VIN: 2D4GV57276H104190, (6) 1964 Chevrolet Magnum, VIN: 41447Y244320, (7) $374,370 in United States Currency, and (8) Gold/Diamond Necklace and White Gold Cross; and

WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Thomas Grandville Alston, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance

with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This **14** day of **June**, 2011.

/s/ James Dever
JAMES C. DEVER, III
United States District Judge

3