UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-12-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS GRANDVILLE ALSTON | ORDER TO SEAL |

On motion of the Defendant, Thomas Grandville Alston, and for good cause shown, it is hereby ORDERED that **DE 102** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **28** day of **September** 2022.

JAMES C. DEVER III
United States District Court Judge