UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-12-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| THOMAS GRANDVILLE ALSTON | |

On motion of the Defendant, Thomas Grandville Alston, and for good cause shown, it is hereby ORDERED that **DE 97** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  8  day of  October , 2022.

JAMES C. DEVER III
United States District Court Judge