# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Thomas Granville Alston | Case No: 5:11-CR-12-1D<br>USM No: 55170-056 |
| Date of Original Judgment: 02/08/2012<br>Date of Previous Amended Judgment: 11/07/2022<br>*(Use Date of Last Amended Judgment if Any)* | Richard Croutharmel<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**Amendment 821 applies to defendant but does not lower his advisory guideline range. See [D.E. 127] 1; [D.E. 41] ¶¶ 16, 22–23, 54–67.**

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/18/25

Judge's signature: /s/ Dever

Effective Date: _____
*(if different from order date)*

James C. Dever III, United States District Judge
*Printed name and title*